IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>                  Plaintiff,<br><br>    v.<br><br>LODSYS, LLC,<br><br>                  Defendant. | Civil Action No. 11-cv-4004<br><br>The Hon. Charles R. Norgle, Sr.<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Lodsys, LLC ("Lodsys") hereby states:

1. Lodsys is a non-governmental limited liability company.

2. Lodsys's parent company is Lodsys Holdings, LLC.

3. No publicly-held corporation owns 5% or more of Lodsys's stock. Lodsys has no publically-held affiliates.

Dated: July 5, 2011.

Respectfully Submitted,

/s/ Michael La Porte
Michael R. La Porte
mrl@fg-law.com
William W. Flachsbart
wwf@fg-law.com
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Avenue, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 551-9500
Facsimile: (312) 551-9501

Michael A. Goldfarb
goldfarb@kdg-law.com
Christopher M. Huck
huck@kdg-law.com
KELLEY, DONION, GILL,
HUCK & GOLDFARB, PLLC
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062

**Attorneys for Defendant Lodsys, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that service of the foregoing document has been made on July 5, 2011, via the Court's CM/ECF system based on its electronic filing, under Local Rules 5.5(a)(3) and General Order 09-014 Section X.E. In this manner, service has been made on all attorneys of record in this case.

/s/ Michael La Porte
Michael R. La Porte