# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4004 | **DATE** | 7/7/2011 |
| **CASE TITLE** | The New York Times Company vs. Lodsys, LLC | | |

**DOCKET ENTRY TEXT**

Defendant's filing [5] is stricken. Defendant has until July 22, 2011, to submit an amended filing.

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

    Before the court is Defendant Lodsys, LLC's ("Lodsys") improper filing posing as a motion. For the following reasons, the filing is stricken.

    A filing styled "Defendant's Motion to Dismiss," consisting of three vague sentences, is stricken. The filing fails to specify any ground, see Fed. R. Civ. P. 7(b)(1), much less a precise Federal Rule of Civil Procedure, as the basis for the order Lodsys seeks. The filing merely purports to incorporate by reference a 15-page memorandum of law. The court does not "play archeologist with the record." DeSilva v. DiLeonardi, 181 F.3d 865, 867 (7th Cir. 1999). Lodsys has until July 22, 2011, to file an amended filing that complies with the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.