# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

The New York Times Company

                              Plaintiff,

v.                                                         Case No.: 1:11–cv–04004
                                                          Honorable Ronald A. Guzman

Lodsys, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Minute entry dated 7/20/11 [doc. 16] is corrected as follows: Notice of motion set for 7/21/11 is stricken. Joint motion for extension of time for Local Patent Rule Deadlines 14 is granted. Due date for Local Patent Rule 2.1 Initial Disclosures is fourteen (14) days after Lodsys files its Answers; provided, however, if Lodsys asserts a counterclaim against The New York Times Company, the parties have fourteen (14) days after the latest date on which The New York Times Company may file its answer to that counterclaim.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.