# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11 CV 4004 |
| ) | |
| v. ) | The Hon. Ronald A. Guzman |
| ) | |
| LODSYS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 26, 2011 at 9:30 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Ronald A. Guzman, or any other judge who may be sitting in his stead, in Courtroom 1219 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present a **Plaintiff's Motion For Leave To Take Discovery Limited To The Issues Of Personal Jurisdiction And Venue**, a copy of which is hereby served upon you together with this notice.

Dated: July 22, 2011

Respectfully submitted,

THE NEW YORK TIMES COMPANY

By: /s/   James R. Figliulo

Steven Lieberman
Jenny L. Workman
ROTHWELL, FIGG, ERNST & MANBECK
1425 K. Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile:  (202) 783-6031

James R. Figliulo (#6183947)
Sara A. Paguia (#6291870)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, 36th floor
Chicago, IL 60603
Telephone: (312) 251-4600
Facsimile:  (312) 251-4610

*Attorneys for Plaintiff The New York Times Company*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that a copy of the attached **NOTICE OF MOTION** was caused to be served upon counsel listed below on July 22, 2011 via electronic mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules 5.5(a)(3) and 5.9.

<u>Counsel</u>

Michael R. La Porte
Flachsbart & Greenspoon, LLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601

                                          /s/ Sara A. Paguia