# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

The New York Times Company

                               Plaintiff,

v.                                                   Case No.: 1:11–cv–04004
                                                    Honorable Ronald A. Guzman

Lodsys, LLC

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of dismissal, this case is dismissed without prejudice and with each party to bear its own costs, expenses and attorneys' fees. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.